[No. 60977-7-I.   Division One.   May 11, 2009.]

PETER J. KAMAN, *Appellant*, v. SEATTLE SYMPHONY ORCHESTRA, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-07014-3, Catherine D. Shaffer, J., entered December 11, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Becker and Cox, JJ.

[Nos. 61548-3-I; 62348-6-I.   Division One.   May 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY D. JONES, *Appellant*.

Appeals from a judgment of the Superior Court for Skagit County, No. 07-1-00698-1, John M. Meyer, J., entered March 28, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.

[No. 61549-1-I.   Division One.   May 11, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM JAMES WINNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03856-1, Michael T. Downes, J., entered April 10, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Cox, JJ.

[Nos. 61557-2-I; 61559-9-I.   Division One.   May 11, 2009.]

JAFAR JAHED, *Respondent*, v. CURTIS MILLER ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 08-2-03064-2, Jacalyn D. Brudvik, J. Pro Tem., entered April 1, 2008. *Reversed* and *remanded* by unpublished opinion per Dwyer, A.C.J., concurred in by Agid and Ellington, JJ.